

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,568-01

### EX PARTE SANDRA VASQUEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 17FC-1738-D(1) IN THE 105TH DISTRICT COURT
### FROM NUECES COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of burglary of a habilitation and sentenced to twenty-five years' imprisonment. She filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that she was denied her right to an appeal through no fault of her own. This Court has made an independent review of the record.

Relief is granted. Applicant may file an out-of-time appeal of her conviction in cause number 17-FC-1738-D from the 105th District Court of Nueces County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent her

on direct appeal. Should Applicant decide to appeal, she must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Applicant's other claims are dismissed. *See Ex parte Torres*, 943 S.W.2d 469, 474 (Tex. Crim. App. 1997)

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: June 12, 2024
Do not publish